# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

FABIO OCHOA-VASQUEZ,

        Petitioner,

    v.

WARDEN SWANEY,

        Respondent.

2:23-cv-125

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 16.  Petitioner Fabio Ochoa-Vasquez ("Ochoa-Vasquez") did not file Objections to this Report and Recommendation, and the extended time to do so has elapsed.  Thus, I **ADOPT** the Report and Recommendation as the opinion of the Court. I **GRANT** Respondent's Motion to Dismiss, **DISMISS without prejudice** Ochoa-Vasquez's 28 U.S.C. § 2241 Petition, **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Ochoa-Vasquez *in forma pauperis* status on appeal.

**SO ORDERED**, this ⅃⅃ day of June, 2024.

_____

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA