# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| FABIO OCHOA-VASQUEZ,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN SWANEY,<br><br>    Respondent. | 2:23-cv-125 |

### ORDER

Petitioner Fabio Ochoa-Vasquez ("Ochoa-Vasquez") filed a Motion to Set Aside or, Alternatively, for Reconsideration of the Order adopting the Report and Recommendation. Dkt. No. 23. The Court **DENIES as moot** Ochoa-Vasquez's Motion, as the Court has considered his Objections. Dkt. No. 24. The Court's June 12, 2024 Order remains the Order of this Court, and this case remains **CLOSED**. Dkt. Nos. 20, 22.

**SO ORDERED**, this 2nd day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA